# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00351-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| THE WILLOWS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan. Docket No. 54. Defendant The Willows Homeowners Association did not participate in developing or filing the discovery plan. *See id*. at 1 n.1. As such, the discovery plan is defective and will be **DENIED**. *See* Local Rule 26-1(a) ("the parties must submit a stipulated discovery plan"). Defendant The Willows Homeowners Association must immediately contact Plaintiff's counsel to develop a discovery plan. A joint discovery plan submitted by all appearing parties shall be filed by February 5, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: January 29, 2019

Nancy J. Koppe
United States Magistrate Judge

1