Edward D. Boyack
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 013724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave, Ste 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
colli@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorneys for The Willows Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>THE WILLOWS HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-00351-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW Defendant, The Willows Homeowners Association (hereinafter "Willows"), by and through its law firm of Boyack Orme & Anthony, and moves this Court to Remove Michael Van Luven from the CM/ECF service list as Mr. Van Luven is no longer

. . .

. . .

handling this matter.

DATED this 31st day of January, 2019.

BOYACK ORME & ANTHONY

By: /s/ Edward D. Boyack
EDWARD D. BOYACK
Nevada Bar No. 005229
COLLI C. McKIEVER
Nevada Bar No. 13724
7432 W. Sahara Ave, Ste 101
Las Vegas, Nevada 89117
*Attorney for Defendant,*
*The Willows Homeowners Association*

**IT IS SO ORDERED.**

DATED February 4, _____ 2019.

_____
United States Magistrate Judge