# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br>     Plaintiff(s), <br> v. <br> THE WILLOWS HOMEOWNERS ASSOCIATION, et al., <br>     Defendant(s). | Case No.: 2:16-cv-00351-RFB-NJK <br><br> **Order** <br><br> [Docket No. 85] |

Pending before the Court is a motion for Shane Cox to withdraw as counsel for Defendant Absolute Collection Services, Inc. Docket No. 85. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Defendant has an address of 6440 Sky Pointe Dr., Suite 140-154, Las Vegas, NV 89131.

Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant is **ORDERED** to file, by January 21, 2020, a notice of appearance by new counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: January 6, 2020

                                                              Nancy J. Koppe <br>
                                                              United States Magistrate Judge