UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00351-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| WILLOWS HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Cross-Claimant, | |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Cross-Defendants. | |

Before the Court is Plaintiff's Motion for Release of Bond Obligation [ECF No. 95]. For the good cause stated in the motion, the Court grants the motion.

IT IS ORDERED that Plaintiff's Motion for Release of Bond Obligation [ECF No. 95] is GRANTED.

Dated: March 1, 2022.

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE